**Jeffrey Jamine KEYES, Petitioner–Appellant,**

v.

**Michael YARBROUGH, Respondent–Appellee.**

No. 04–16895.

United States Court of Appeals,
Ninth Circuit.

Submitted May 16, 2006.*

Decided May 19, 2006.

Paul Couenhoven, Esq., Santa Clara, CA, for Petitioner–Appellant.

Dorian Jung, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: KOZINSKI and FISHER, Circuit Judges, and BLOCK, District Judge.**

MEMORANDUM ***

Petitioner never argued to the state trial court that Runion's willingness to testify about the 1995 murder precluded a finding of unavailability. Thus, petitioner defaulted his Confrontation Clause claim pursuant to California's contemporaneous objection rule. *See People v. Scott,* 21 Cal.3d 284, 145 Cal.Rptr. 876, 578 P.2d 123, 125

(1978). As petitioner does not argue that there was cause for his default or that failure to consider the merits of his claim will result in a fundamental miscarriage of justice, federal habeas review is procedurally barred. *See Coleman v. Thompson,* 501 U.S. 722, 750, 111 S.Ct. 2546, 115 L.Ed.2d 640 (1991).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Frederic Block, Senior United States District Judge for the Eastern District of New York, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

